ALAN A. GREENBERG, State Bar No. 150827
  *AGreenberg@GGTrialLaw.com*
GREENBERG GROSS LLP
650 Town Center Drive, Suite 1700
Costa Mesa, California 92626
Telephone: (949) 383-2800
Facsimile: (949) 383-2801

Attorneys for Respondents and Judgment
Creditors Advantage Sales & Marketing LLC,
Advantage Sales & Marketing Inc., Karman
Intermediate Corp., Advantage Solutions Inc.,
and Karman Topco L.P.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| PETRUSS MEDIA GROUP, LLC f/k/a TAKE 5 MEDIA GROUP, LLC, ALEXANDER RADETICH, RICHARD GLUCK, AND RJV MARKETING CORP., | Case No. 3:25-mc-80075-TSH |
| Petitioners and Judgment Debtors, | **[PROPOSED] ORDER APPOINTING REGISTERED PROCESS SERVER TO SERVE WRITS OF EXECUTION** |
| v. | [Fed. R. Civ. P. 4.1(a), 69] |
| ADVANTAGE SALES & MARKETING LLC, ADVANTAGE SALES & MARKETING INC., KARMAN INTERMEDIATE CORP., ADVANTAGE SOLUTIONS INC., AND KARMAN TOPCO L.P., | [NO HEARING REQUIRED] |
| Respondents and Judgment Creditors. | |

Case No. 3:25-mc-80075-TSH

ORDER APPOINTING REGISTERED PROCESS SERVER TO SERVE WRITS OF EXECUTION

## ORDER

Having reviewed the Request for Appointment of Registered Process Server to Serve Writs of Execution filed by Respondents and Judgment Creditors Advantage Sales & Marketing LLC, Advantage Sales & Marketing Inc., Karman Intermediate Corp., Advantage Solutions Inc., and Karman Topco L.P. (the "Request"), and good cause appearing thereon, **THE COURT HEREBY ORDERS** as follows:

1. The Request is GRANTED;

2. Nationwide Legal LLC, which employs duly licensed and registered California process servers who are at least 18 years of age, of suitable discretion, and not a party to this action, is hereby appointed and authorized to serve any writ of execution issued in this action; and

3. The United States Marshal for the Northern District of California shall remain the levying officer for any writ of execution issued in this action.

**IT IS SO ORDERED.**

DATED:  April ___, 2025

_____
THE HONORABLE THOMAS S. HIXSON
UNITED STATES MAGISTRATE JUDGE