# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETRUSS MEDIA GROUP, LLC f/k/a TAKE 5 MEDIA GROUP, LLC, et al.<br><br>Petitioners,<br><br>v.<br><br>ADVANTAGE SALES & MARKETING LLC, et al.,<br><br>Respondents. | Case No. 1:22-cv-03278-RC-ZMF |

### NOTICE OF PARTIAL SATISFACTION OF JUDGMENT

Judgment Creditors/Respondents Advantage Sales & Marketing LLC, Advantage Sales & Marketing Inc., Karman Intermediate Corp., Advantage Solutions Inc., and Karman Topco L.P. (jointly, the "Judgment Creditors"), through undersigned counsel, file this Notice of Partial Satisfaction of Judgment to report the following:

1.      Judgment Creditors have entered into a Settlement And Release Agreement (the "Agreement") with one of the Judgment Debtors, RJV Marketing Corp. ("RJV").

2.      RJV has fully paid the agreed amounts under the Agreement.

3.      Judgment Creditors have released RJV from any further obligation under the Judgment.

4.      Judgment Creditors have also settled with another of the Judgment Debtors, Alexander Radetich.  Judgment Creditors will file a separate notice regarding that settlement with Radetich.

3.    Combined with other amounts collected to date toward satisfaction of the

Judgment (ECF No. 52), the amount remaining owing on the Judgment as of April 17, 2026, is

as follows:

Principal:    $66,663,291.50

Interest:    $446,465.75

4.    Interest continues to accrue on the outstanding principal at the post-judgment rate

of 5.39% per annum.

5.    The Judgment remains outstanding against the non-settling Judgment Debtors:

(i) Petruss Media Group, LLC f/k/a Take 5 Media Group LLC, and (ii) Richard Gluck.


Dated: April 17, 2026                    Respectfully submitted,

/s/ Alan A. Greenberg_____
Alan A. Greenberg
(*Admitted pro hac vice*)
Evan C. Borges
(*Admitted pro hac vice*)
Greenberg Gross LLP
650 Town Center Drive,  Suite 1700
Costa Mesa, California  92626
Tel.: (949) 383-2800
agreenberg@ggtriallaw.com
eborges@ggtriallaw.com

Sarah M. Gragert (No. 977097)
Jason R. Burt (No. 980862)
Latham & Watkins LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C., 20004
Tel.: 202-637-2200
sarah.gragert@lw.com
jason.burt@lw.com

*Attorneys for Advantage Sales & Marketing LLC,*
*Advantage Sales & Marketing Inc., Karman Intermediate*
*Corp., Advantage Solutions Inc., and Karman Topco L.P.*

2
EXHIBIT A

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 17th day of April, 2026, a copy of the foregoing was

served via this Court's CM/ECF system, upon all parties registered to receive notice.

I FURTHER CERTIFY that on this 17th day of April, 2026, a copy of the foregoing was

served via email and U.S. Mail as follows:

> Richard Gluck
> 484 E. Royal Palm Road
> Boca Raton, FL 33432
> Email: richmusic67@yahoo.com

/s/ Alan A. Greenberg_____
Alan A. Greenberg

3

EXHIBIT A
-6-